5 So.2d 841

### Gernice RHOME v. STATE.
### 8 Div. 162.

Supreme Court of Alabama.
Dec. 18, 1941.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Gernice Rhome for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Rhome v. State (8 Div. 198) 5 So.2d 852.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.

4 So.2d 920

### Ex parte Sarah SHARP.
### 6 Div. 943.

Supreme Court of Alabama.
Oct. 6, 1941.

M. B. Grace, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied. The ruling is subject to appeal as from a final decree. Worthington v. Worthington, 224 Ala. 237, 139 So. 334; Smith v. Smith, 218 Ala. 701, 120 So. 167.

GARDNER, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.

5 So.2d 841

### STATE et al. v. AVERY FREIGHT LINES, Inc.
### 1 Div. 159.

Supreme Court of Alabama.
Jan. 20, 1942.

PER CURIAM.

Appeal dismissed, on motion of appellants.

5 So.2d 841

### STATE ex rel. Thos. S. LAWSON, Atty. Gen. v. J. Lebus CASEY, as Judge of Probate of Cleburne County.
### 7 Div. 680.

Supreme Court of Alabama.
Jan. 8, 1942.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

Roderick Beddow and G. Ernest Jones, both of Birmingham, for defendant.

PER CURIAM.

Defendant is found guilty and his removal from the office of Judge of Probate of Cleburne County, Alabama, is hereby ordered.

All the Justices concur, except KNIGHT, J., not sitting.